E-FILED: 10/22/10 - JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Walid Sidriel Salaheldin a.k.a. Alan Dylan*<br>**Plaintiff,**<br>v.<br>*Deutsche Bank National Trust, et al.*<br>**Defendants.** | CASE NO. CV 10-3487-GHK (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's October 22, 2010 Order, **IT IS HEREBY ADJUDGED** that Plaintiff Walid Sidriel Salaheldin a.k.a. Alan Dylan's ("Plaintiff") claims against Defendants Deutsche Bank National Trust Company as Trustee, IndyMac Bank, IndyMac Federal Bank, Federal Deposit Insurance Corporation ("FDIC"), OneWest Bank, and Quality Loan Service Corp. for violations of the Truth in Lending Act and the Fair Debt Collection Practices Act are hereby **DISMISSED with prejudice**. Plaintiff's claims against the FDIC in its corporate capacity for violations of California Rules of Professional Conduct Rule 5-100(a), 7-104, and Bus. & Prof. Code § 6076, and threats and unlawful communications are **DISMISSED without prejudice**. All of Plaintiff's claims against the FDIC in its capacity as receiver are **DISMISSED with prejudice**. Plaintiff's remaining state law claims against Deutsche Bank and OneWest Bank for violation of California's Unfair Competition Law, Bus. & Prof. Code § 10236.4 and § 17200; breach of contract; breach of implied covenant of good faith; and fraudulent omission are **DISMISSED without prejudice** to their refiling in state court pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED**.

DATED: October 22, 2010

_____
GEORGE H. KING
United States District Judge